IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                      CASE NO. 4:18CR00109-01 BSM

TERRANCE HUELL LINDSEY                                  DEFENDANT

## ORDER

The government's motion to dismiss infomation against Terrance Huell Lindsey without prejudice [Doc. No. 15] is granted and the information [Doc. No. 1] is dismissed without prejudice. *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 15th day of March 2019.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE